| PROB. 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 99 CR 197-06(CCC) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 08-CR-467 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT: PUERTO RICO | DIVISION: U.S. PROBATION OFFICE |
|---|---|---|
| LUIS RAMON GOMEZ-RODRIGUEZ<br>3912 North 5th Street<br>Philadelphia, PA 19140 | NAME OF SENTENCING JUDGE<br>Hon. Carmen C. Cerezo | |
| | DATES OF PROBATION/ PROBATION: | FROM 09/08/05    TO 09/07/08 |

OFFENSE: 18 USC § 1956(h) Conspire and agree to conduct financial transactions knowing that transactions involved the use of proceeds of unlawful activities.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the ~~District of Puerto Rico~~ E.D. PA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 30, 2008
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 11, 2008
Effective Date

Robert F. Kelly
*United States District Judge*