# Memorandum
# U.S. Government

**To:** Lida Egele
Operations Manager

**From:** Damary Flores-Montalvo
U.S. Probation Officer

**Date:** September 16, 2008

**Subject:** **GOMEZ-RODRIGUEZ, Luis Ramón**
**TRANSFER OF JURISDICTION**

    Attached please find a copy of the original Probation Form 22- Transfer of Jurisdiction duly signed by all pertinent parties. Please notify our office in writing once the transfer of jurisdiction procedure has been completed.

    Should you have any questions or concerns in this case please do not hesitate to contact me at (787) 294-1648. Thank you for your attention.

/dfm

Enclosure

*[Stamp: RECEIVED AND FILED 2008 SEP 16 PM 4:54 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR]*